United States District Court
Southern District of Texas
FILED

JUL 18 2014

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> § <br> v. § <br> § <br> D TRONICS, LTD. § | Criminal No. **M-14-1041** |

## CRIMINAL INFORMATION

THE UNITED STATES CHARGES:

On or about September 5, 2011, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**D TRONICS, LTD.**

operated as a trade or business, as defined in Title 31, Code of Federal Regulations, Section 103.30(c)(11), and knowingly and willfully failed to file a Report of Cash Payments over $10,000 Received in a Trade or Business, FinCEN Form 8300, corresponding to the receipt on or about August 18, 2011 of more than $10,000 U.S. currency related to a single sale, as required by Title 31, United States Code, Section 5331, and the regulations promulgated thereunder.

In violation of Title 31, United States Code, Sections 5331 and 5322.

Jaikumar Ramaswamy, Chief
Asset Forfeiture and Money
 Laundering Section
U.S. Department of Justice
Criminal Division

*/s/ Keith Liddle*

Keith Liddle, Trial Attorney
Money Laundering and Bank Integrity Unit
Asset Forfeiture and Money
 Laundering Section
U.S. Department of Justice
Criminal Division